IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES R. MEADOWS | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 16-2074 |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | |
| TRANSPORTATION AUTHORITY, et al. | : | |

## ORDER

AND NOW, this 31st day of January, 2017, upon consideration of the partial motion to dismiss plaintiff's second amended complaint, Dkt. No. 23, by defendants, Southeastern Pennsylvania Transportation Authority (SEPTA) and SEPTA Police Officers Edward Kaiser and Troy Parham, Dkt. No. 27, and plaintiff James Meadows's response, Dkt. No. 29, it is ORDERED that defendants' motion is GRANTED in part and DENIED in part as follows:

1. Defendants' motion with respect to Count I is GRANTED and plaintiff's claim is DISMISSED with prejudice.

2. Defendants' motion with respect to Counts IV and V is DENIED.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.